```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
PEDRO JESUS GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>LOMBERA-GARCIA et al.,<br><br>　　Defendants. | No. 17-mj-144 DB<br><br>STIPULATION ALLOWING THE DEFENSE TO PHOTOGRAPH INJURIES SUSTAINED BY THE DEFENDANT AT THE TIME OF HIS ARREST AND [PROPOSED] ORDER<br><br>Judge: Hon. Deborah Barnes |

　　The United States of America through its undersigned counsel, Ross Naughton, Assistant United States Attorney, together with counsel for defendant Pedro Jesus Garcia, John R. Manning, Esq., hereby stipulate the following:

　1. Defendant Pedro Jesus Garcia was arrested by law enforcement on August 16, 2017.

　2. Defense counsel contends that, at the time of his arrest, defendant Pedro Jesus Garcia sustained injuries to his arm, face, neck and nose.

1

3. The parties agree that defense counsel, and/or the investigator working on this matter with defense counsel, should have the opportunity to photograph the defendant in order to document any such injuries. It is unclear to the defense if these injuries have been photographed thus far.

4. The USMS were contacted by defense counsel in an attempt to informally set up a time and place to photograph defendant Pedro Jesus Garcia's injuries. As of the drafting of this stipulation, the parties are informed that, owing to Sacramento County jail policy, the photography at issue cannot be accomplished unless there is an order from this Court explicitly authorizing it.

5. Therefore, the parties agree and stipulate, and request the Court make the following order:

*The United States Marshals Service shall immediately contact the Sacramento Main Jail and make arrangements for defendant, Pedro Jesus Garcia, to be transferred to the medical floor. While at the jail medical facility, a nurse will unbandage defendant's wound and defendant's attorney, John R. Manning, and/or the investigator working on this matter, Larry DeMates, shall be allowed to photograph any and all injuries sustained by defendant Pedro Jesus Garcia. (The government may, should they elect, send an Agent to take photographs of the defendant's injuries as well.) The United States Marshals Service is further ordered to work with defense counsel and the Sacramento Main Jail to set up a mutually convenient time for this endeavor. However, the United States Marshals Service must make the defendant available as requested (and ordered) in any*

*event no later than close of business (5:00 pm local Sacramento time) Tuesday, August 22, 2017.*

IT IS SO STIPULATED.

Dated: August 21, 2017                    /s/ John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Pedro Jesus Garcia


Dated: August 21, 2017                    Phillip A. Talbert
                                          United States Attorney

                                     by:  /s/ Ross K. Naughton
                                          ROSS K. NAUGHTON
                                          Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

Dated: August 22, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE