# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

FILED
AUG 22 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:17-MJ-144 |
| Pedro Jesus Garcia | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Pedro Jesus Garcia,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 & 841(a)(1), Conspiracy to Manufacture Marijuana

Date: August 17, 2017

_____
Issuing officer's signature

City and state: Sacramento, California

Deborah Barnes, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-18-18, and the person was arrested on *(date)* 8-18-18
at *(city and state)* Sacramento, CA.

Date: 8-18-18

_____
Arresting officer's signature

LAURIE NECAISE, United States Magistrate Judge
*Printed name and title*