1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

AUG 3 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                                              2: 1 7 - CR 1 5 7   KJM

11  UNITED STATES OF AMERICA,          CASE NO.

12                    Plaintiff,        21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to
                                        Manufacture Marijuana; 21 U.S.C. § 841(a)(1) –
13              v.                      Manufacturing of Marijuana; 18 U.S.C. § 1361 –
                                        Depredation of Public Lands and Resources; 21
14  GABRIEL LOMBERA-GARCIA,             U.S.C. § 853(a), 18 U.S.C. § 981(a)(1)(C) and 28
    PATRICIO ALVAREZ-INFANTE,           U.S.C. § 2461(c) - Criminal Forfeiture
15  MIGUEL FARIAS-ALVAREZ,
    MANUEL ALVAREZ-INFANTE, and
16  PEDRO JESUS GARCIA, a/k/a JESUS
    GARCIA-FAVELA,
17
                    Defendants.
18

19                        I N D I C T M E N T

20  COUNT ONE: [21 U.S.C. §§ 841(a)(1) and 846 – Conspiracy to Manufacture Marijuana]

21       The Grand Jury charges: T H A T

22                    GABRIEL LOMBERA-GARCIA,
                      PATRICIO ALVAREZ-INFANTE,
23                    MIGUEL FARIAS-ALVAREZ,
                      MANUEL ALVAREZ-INFANTE, and
24            PEDRO JESUS GARCIA, a/k/a JESUS GARCIA-FAVELA,

25  defendants herein, between on or about July 6, 2017, and continuing through on or about August 16,

26  2017, in the County of Siskiyou, State and Eastern District of California, did knowingly and

27  intentionally conspire and agree with each other and with persons unknown to the Grand Jury, to

28  manufacture at least 100 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21,

1  United States Code, Sections 841(a)(1) and 846.

2  COUNT TWO: [21 U.S.C. § 841(a)(1) – Manufacturing of Marijuana]

3      The Grand Jury further charges: T H A T

4      GABRIEL LOMBERA-GARCIA,
    PATRICIO ALVAREZ-INFANTE,

5      MIGUEL FARIAS-ALVAREZ,
    MANUEL ALVAREZ-INFANTE, and

6      PEDRO JESUS GARCIA, a/k/a JESUS GARCIA-FAVELA,

7  defendants herein, between on or about July 6, 2017, and continuing through on or about August 16,

8  2017, in the County of Siskiyou, State and Eastern District of California, and elsewhere, did knowingly

9  and intentionally manufacture at least 100 marijuana plants, a Schedule I Controlled Substance, in

10  violation of Title 21, United States Code, Section 841(a)(1).

11  COUNT THREE: [18 U.S.C. § 1361 – Depredation of Public Lands and Resources]

12      The Grand Jury further charges: T H A T

13      GABRIEL LOMBERA-GARCIA,
    PATRICIO ALVAREZ-INFANTE,

14      MIGUEL FARIAS-ALVAREZ,
    MANUEL ALVAREZ-INFANTE, and

15      PEDRO JESUS GARCIA, a/k/a JESUS GARCIA-FAVELA,

16  defendants herein, beginning on or about July 6, 2017, and continuing through on or about August 16,

17  2017, in Siskiyou County, State and Eastern District of California, did willfully and by means of the

18  marijuana offenses alleged in Counts One and Two herein, injure and commit a depredation of property

19  of the United States and of any department or agency thereof, to wit, land and natural resources in the

20  Klamath National Forest, within the jurisdiction of the United States Forest Service, and the resulting

21  damage was more than $1,000, in violation of Title 18, United States Code, Section 1361.

22  FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

23      – Criminal Forfeiture]

24      1.    Upon conviction of one or more of the offenses alleged in Counts One and Two in this

25  Indictment, defendants GABRIEL LOMBERA-GARCIA, PATRICIO ALVAREZ-INFANTE,

26  MIGUEL FARIAS-ALVAREZ, MANUEL ALVAREZ-INFANTE, and PEDRO JESUS GARCIA,

27  a/k/a JESUS GARCIA-FAVELA, shall forfeit to the United States pursuant to Title 21, United States

28  Code, Section 853(a), the following property:

1      a.   All right, title, and interest in any and all property involved in violation of Title

2 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants

3 are convicted, and all property traceable to such property, including the following: all real or personal

4 property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of

5 such offenses; and all property used, or intended to be used, in any manner or part to commit or to

6 facilitate the commission of the offenses.

7      b.   A sum of money equal to the total amount of proceeds obtained as a result of the

8 offenses, or conspiracy to commit such offenses, for which defendants are convicted.

9    2.   Upon conviction of the offense alleged in Count Three of this Indictment, defendants

10 GABRIEL LOMBERA-GARCIA, PATRICIO ALVAREZ-INFANTE, MIGUEL FARIAS-ALVAREZ,

11 MANUEL ALVAREZ-INFANTE, and PEDRO JESUS GARCIA, a/k/a JESUS GARCIA-FAVELA,

12 shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and

13 Title 28, United States Code, Section 2461(c), all property, real and personal, which constitutes or is

14 derived from proceeds traceable to such violation, including but not limited to:

15      a.   A sum of money equal to the amount of proceeds traceable to such offense, for

16 which defendants are convicted.

17    3.   If any property subject to forfeiture, as a result of the offenses alleged in Counts One

18 through Three of this Indictment, for which defendants are convicted:

19      a.   cannot be located upon the exercise of due diligence;

20      b.   has been transferred or sold to, or deposited with, a third party;

21      c.   has been placed beyond the jurisdiction of the Court;

22      d.   has been substantially diminished in value; or

23      e.   has been commingled with other property which cannot be divided without

24        difficulty;

25 ///

26 ///

27 ///

28 ///

1   it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28,

2   United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the

3   value of the property subject to forfeiture.

4                                           A TRUE BILL.

5

6                                           /s/ Signature on file w/AUSA

7                                           _____
                                            FOREPERSON
8   PHILLIP A. TALBERT
    United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 2:17 - CR 157   KJM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

GABRIEL LOMBERA-GARCIA,
PATRICIO ALVAREZ-INFANTE,
MIGUEL FARIAS-ALVAREZ,
MANUEL ALVAREZ-INFANTE,
PEDRO JESUS GARCIA, a/k/a JESUS GARCIA-FAVELA

## I N D I C T M E N T

**VIOLATIONS:**  21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to Manufacture Marijuana;
21 U.S.C. §§ 841(a)(1) – Manufacturing of Marijuana;
18 U.S.C. § 1361 – Depredation of Public Lands and Resources;
21 U.S.C. § 853(a), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* ____31____ *day*

*of* __August__ , A.D. 20 17

Bail, $ **NO PROCESS NECESSARY** -All defendants

GPO 863 525

2 1 7 - CR 1 5 7   KJM

### United States v. LOMBERA-GARCIA et al.
**Penalties for Indictment**

**Defendants**
**GABRIEL LOMBERA-GARCIA,**
**PATRICIO ALVAREZ-INFANTE,**
**MIGUEL FARIAS-ALVAREZ,**
**MANUEL ALVAREZ-INFANTE, and**
**PEDRO JESUS GARCIA, a/k/a JESUS GARCIA-FAVELA**

**COUNTS 1 & 2:**      **ALL DEFENDANTS**

VIOLATION:      COUNT 1:  21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to Manufacture
                Marijuana (at least 100 plants)

                COUNT 2:  21 U.S.C. §§ 841(a)(1) – Manufacturing Marijuana (at least
                          100 plants)

PENALTIES:      -- Imprisonment for a term of at least 5 years, and up to life;
                -- Fine of up to $5,000,000, or both fine and imprisonment; and
                -- Supervised release of at least 5 years up to life.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**      **ALL DEFENDANTS**

VIOLATION:      18 U.S.C. § 1361 – Depredation of Public Lands and Resources

PENALTIES:      -- Not more than 10 years in prison;
                -- Not more than $250,000 fine, or both fine and imprisonment; and
                -- Supervised release not to exceed 3 years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**   **ALL DEFENDANTS**

VIOLATION:      21 U.S.C. § 853(a), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
                - Criminal Forfeiture

PENALTIES:      As stated in the charging document