```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
PEDRO JESUS GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,             )<br>                                  )<br>vs.                               )<br>                                  )<br>GABRIEL LOMBERA-GARCIA et al.,    )<br>                                  )<br>            Defendants.           )<br>                                  ) | Case No.: 2:17 CR 157 KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED] FINDINGS<br><br>Date:   January 24, 2018<br>Time:   9:00 a.m.<br>Judge: Honorable Kimberly J. Mueller |

The United States of America through its undersigned counsel, Amanda Beck, Assistant United States Attorney, together with counsel for defendant Gabriel Lombera-Garcia, Hannah Rose Labaree, Esq., counsel for defendant Patricio Alvarez-Infante, Clemente Jimenez, Esq., counsel for defendant Miguel Farias-Alvarez, Philip Cozens, Esq., counsel for defendant Manuel Alvarez-Infante, Shari G. Rusk, Esq, and counsel for defendant Pedro Jesus Garcia, John R. Manning, Esq., hereby stipulate the following:

   1.  By previous order, this matter was set for status conference on November 8, 2017.

   2.  By this stipulation the defendant now moves to continue the status conference until January 24, 2018 and to exclude time between November 8, 2017 and January 24, 2018 under the Local Code T-4 (to allow defense counsel further time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. The government produced 223 pages of initial discovery.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses. Counsel for the defendants additionally need time to review and personally inspect items seized (allegedly) from the defendants at the time of arrest. These items are stored remotely.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of November 8, 2017, to January 24, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

```
Dated:  November 2, 2017              /s/  Hannah Rose Labaree
                                      HANNAH ROSE LABAREE
                                      Attorney for Defendant
                                      Gabriel Lombera-Garcia

Dated:  November 2, 2017              /s/  Clemente Jimenez
                                      CLEMENTE JIMENEZ
                                      Attorney for Defendant
                                      Miguel Farias-Alvarez


Dated:  November 2, 2017              /s/  Philip Cozens
                                      PHILIP COZENS
                                      Attorney for Defendant
                                      Miguel Farias-Alvarez


Dated:  November 2, 2017              /s/ Shari G. Rusk
                                      SHARI G. RUSK
                                      Attorney for Defendant
                                      Manuel Alvarez-Infante


Dated:  November 2, 2017              /s/  John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      PEDRO JESUS GARCIA


Dated:  November 2, 2017              Phillip A. Talbert
                                      United States Attorney

                                      by: /s/  Amanda Beck
                                      AMANDA BECK
                                      Assistant United States Attorney
```

**ORDER**

IT IS SO FOUND AND ORDERED this _____ day of _____, 2017.

                                                Hon. KIMBERLY J. MUELLER
                                                United States District Court